UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
DAVID LEVENTHAL,

                    Plaintiff,

        - against -

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                    Defendant.
------------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**O R D E R**

07 Civ. 8066 (NRB)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/08
```

        Upon the unopposed motion of the defendant, the final decision

of the Commissioner of Social Security is reversed, and this case

is remanded to the Commissioner of Social Security for further

administrative proceedings pursuant to the fourth sentence of 42

U.S.C. § 405(g), made applicable to Supplemental Security Income

claims by 42 U.S.C. § 1383(c)(3).   The Clerk of the Court is

directed to close the case.


        **SO ORDERED.**

Dated:    New York, New York
          June 16, 2008


                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

David Leventhal
3835 Sedgwick Avenue, Apt. 10-C
Bronx, NY 10463

John Gura, Esq.
Office of the U.S. Attorney
Southern District of New York
Civil Division
86 Chambers Street
New York, NY 10007