UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID LEVENTHAL,

                Plaintiff,                07 **CIVIL** 8066 (NRB)

    -against-                          **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner of
Social Security,
                Defendant.
------------------------------------------------------------X        **SCANNED**

    Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on June 16, 2008, having rendered its Order reversing the final decision of the Commissioner of Social Security, and remanding this case to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. 405(g), it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated June 16, 2008, the final decision of the Commissioner of Social Security is reversed, and this case is remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. 405(g); accordingly, the case is closed.

**Dated:** New York, New York
         June 18, 2008

                                        **J. MICHAEL McMAHON**
                                            **Clerk of Court**
                           BY:
                                              **Deputy Clerk**

                               THIS DOCUMENT WAS ENTERED
                               ON THE DOCKET ON _____